UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-02701-SVW-MAN<br>2:13-cv-02702-SVW-MAN<br>2:14-cv-08527-SVW-MAN<br>5:14-cv-01662-SVW-MAN<br>5:14-cv-01663-SVW-MAN<br>5:14-cv-01675-SVW-MAN<br>8:14-cv-01274-SVW-MAN | Date | March 17, 2015 |
|---|---|---|---|
| Title | Erin Hexum et al v. Eli Lilly and Company et al<br>Claudia Herrera et al v. Eli Lilly and Company et al<br>Marnette Patterson et al v. Eli Lilly and Company<br>Deborah Caporale et al v. Eli Lilly and Company<br>Anita Hollowell et al v. Eli Lilly and Company<br>Peggy Barrett et al v. Eli Lilly and Company<br>Kerry O'Shea et al v. Eli Lilly and Company | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Harris L. Pogust<br>Bijan Estandiari<br>Terence M. Leckman | David E. Stanley<br>Michael X. Imbroscio<br>Phyllis A. Jones |

**Proceedings:** NEW CASE STATUS CONFERENCE
[120] MOTION for Summary Judgment as to Pursuant to Fed.R.Civ.P 56(a) filed by Defendant Eli Lilly and Company (CV13-2702)

Conference held. The motion is submitted. Order to issue. The Court continues the pretrial conference to April 27, 2015 at 3:00 p.m.

| | 1 | : | 30 |
|---|---|---|---|
| Initials of Preparer | | PMC | |